

**CREEL COURT REPORTING, INC.**
1230 Richland Street
Columbia, SC 29201
**(803) 252-3445**

2/25/2015                                                          **TAX NO. 57-1016805**

                                                       INVOICE NO.        15-478

Barbara George Barton, Esquire
Barton Law Firm
1715 Pickens Street
Columbia, SC 29201

**RE:** A. Hunter Brown                                                            0.00
   Case No. 14-01565-dd
                                                                                   0.00
   ORIGINAL AND ONE COPY -
   Rule 2004 Examination of
      Christine B. Brown                                                         384.00
      Appearance Fee                                                             100.00
      Exhibits (110 pages)                                                        33.00
      Condensed Transcript/Key Word Index                                          0.00

We accept:                          Total                              $517.00
[MasterCard] [VISA]                 Payments/Credits                     $0.00
                                    Balance Due                        $517.00

**THANK YOU!**
/jc           **(Please return copy with remittance)**

Visit Us On the Web and Book Your Upcoming Depositions Online at www.creelreporting.com