

**CREEL COURT REPORTING, INC.**
1230 Richland Street
Columbia, SC 29201
**(803) 252-3445**

5/1/2015

TAX NO. 57-1016805

Barbara George Barton, Esquire
Barton Law Firm
1715 Pickens Street
Columbia, SC 29201

INVOICE NO.    15-1220

Attorney for Plaintiff

| | |
|---|---:|
| **RE:** A. Hunter Brown | |
| C/A No. 14-1565-CC | 0.00 |
| | |
| ORIGINAL AND ONE COPY - Rule 2004 Examination of: | 0.00 |
| | |
| A. Hunter Brown | |
| Exhibits (146 pages) | 384.00 |
| Appearance Fee (2.0 hours) | 43.80 |
| Condensed Transcript/Key Word Index | 75.00 |
| | 0.00 |

We accept: VISA

| | |
|---|---:|
| Total | $502.80 |
| Payments/Credits | $0.00 |
| Balance Due | $502.80 |

/jc

**THANK YOU!**
(Please return copy with remittance)

Visit Us On the Web and Book Your Upcoming Depositions Online at www.creelreporting.com