**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

IN RE:

Brown, Hunter A.

Case # 14-01565-DD

Chapter 7

**Debtor(s)**

TO:    All Creditors and Parties in Interest

**NOTICE AND APPLICATION FOR SALE OF PROPERTY**

YOU ARE HEREBY NOTIFIED that Michelle L. Vieira, Trustee, is applying for approval to sell the property of the debtor's estate described below according to CJC Assets, LLC, on the terms and conditions stated below. A copy of the proposed Order accompanies this Notice.

TAKE FURTHER NOTICE that any response, return, and/or objection to this application, should be filed with the Court no later than Twenty-one Days (21) days from service of the application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **August 8, 2017, at 9:00AM, at The United States Bankruptcy Court, King and Queen Building, 145 King Street, Room 225, Charleston, South Carolina**. No further notice of this hearing will be given.

TYPE OF SALE:    Private Sale

PROPERTY TO BE SOLD:    23 Damon Loop Circle, Murrells Inlet, SC 29576

PRICE:    $10,000.00 (Subject to all Mortgages, Liens and Leases)

APPRAISAL VALUE:.    The Trustee has not obtained an appraisal but believes she is obtaining full value for the potential equity. Trustee has been marketing the property without an offer at the listing price of $410,000.00. There is an existing mortgage of approximately $388,000.00 and the property is subject to a leasehold agreement.

BUYER:    CJC Assets, LLC

PLACE AND TIME OF SALE:    Sale shall commence after receipt of an Order Authorizing Sale of Asset.

SALES AGENT/AUCTIONEER/BROKER: Jack Cobb

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.:    $600.00

ESTIMATED TRUSTEE'S COMPENSATION:    $1,750.00

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY: **The Debtor has scheduled a mortgage loan to Seterus which is approximately $388,000.00. The property is subject to a lease agreement with Keith Carter. The Trustee has performed no title work and is informed and believed that there may be minor equity or no equity in the property. The buyer is purchasing the property subject to ALL liens, mortgages and encumbrances of any kind. Buyer is purchasing only Trustee's rights in property and agrees to take a Trustee's Deed with no warranties or assurances of any kind whatsoever.**

DEBTOR'S EXEMPTION:        $0.00

PROCEEDS ESTIMATED TO BE PAID TO ESTATE:    $7,650.00

Applicant is informed and believes that it would be in the best interest of the estate to sell said property by Private Sale.  Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

The Court may consider additional offers at any hearing held on this notice and application for sale.  The Court may order at any hearing that the property be sold to another party on equivalent or more favorable terms.

The trustee may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

WHEREFORE, Trustee requests the Court issue its Order:

A.  Authorizing the sale of 23 Damon Loop, Murrells Inlet, SC 29576;

B.  Authorizing the Realtor to retain his fee of Fifteen (6%) Percent of all monies received at closing;

C.  Authorize the Trustee to issue a Trustee's Deed to CJC Assets, LLC with no warranties or assurances of any kind;

D.  For such other and further relief as may be proper.

Date:   June 21, 2017

/s/ Michelle L. Vieira
Michelle L. Vieira, Trustee
District Court ID #9876
P O Box 1480
Murrells Inlet, SC  29576
Phone (843) 497-9800
Fax    (843) 497-9881
email:  Trustee@Chapter7.email