**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**A. HUNTER BROWN**<br><br>**Debtor(s)** | Case # 14-01565-DD<br><br>**Chapter 7** |

**REPORT OF SALE**

DATE OF SALE:            August 24, 2017

TYPE OF SALE:            Private Sale

PROPERTY SOLD:        23 Damon Loop Circle, Murrells Inlet, SC 29576

PURCHASER:                CJC Assets, LLC

PRICE:                            $10,000.00 subject to all Liens, Mortgages and Leases of Record

SALE AGENT, AUCTIONEER, BROKER, ETC:    Jack Cobb

COMMISSION PAID ON SALE: $600.00

EXPENSES OF SALE:        $15.00

DEBTOR'S EXEMPTION:    $0.00

LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS:  $0.00

NET TO ESTATE:            $9,385.00

AMOUNT DISBURSED TO DATE:        $615.00

AMOUNT RETAINED BY TRUSTEE OF DEBTOR:  $9,385.00

DATE:  August 28, 2017

/s/ Michelle L. Vieira
Michelle L. Vieira, Trustee
District Court ID #9876
P O Box 1480
Murrells Inlet, SC  29576
Phone (843) 497-9800
Fax    (843)497-9881
email:  Trustee@Chapter7.email